UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,                     No.02-CR-80586-D10
                                    Hon. Patrick J. Duggan

RONALD LUPO,

    Defendant.
_____/

### ORDER GRANTING MOTION FOR FURLOUGH FOR RONALD LUPO TO ATTEND HIS FATHER'S FUNERAL

RONALD LUPO file a motion for a furlough to attend his father's funeral, now therefore:

IT IS ORDERED that the motion is granted and Ronald Lupo, #31343-039, is furloughed without Bureau of Prisons escort from FPC Duluth to attend his father's funeral from Thursday, June 2, 2005 at 8:00 a.m. to Saturday, June 4, 2005 at noon.

                         s/Patrick J. Duggan
                         Patrick J. Duggan
                         United States District Judge

Dated: June 1, 2005

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 1, 2005, by electronic and/or ordinary mail.

                         s/Marilyn Orem
                         Case Manager